IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR275 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RONALD W. WINFREY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Ronald W. Winfrey (Winfrey) to review detention (Filing No. 24). Winfrey seeks release to obtain an evaluation. After reviewing the Pretrial Services report and Winfrey's criminal and substance abuse history, the motion (Filing No. 24) is denied. Winfrey may obtain such an evaluation on his own and submit such an evaluation together with his motion to review detention.

**IT IS SO ORDERED.**

DATED this 9th day of October, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge